THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN CARLOS DELGADO, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-2115 |
| | § | |
| SALINAS DENTAL GROUP, P.A., | § | |
| and ADRIANA M. SALINAS, | § | |
| INDIVIDUALLY, | § | |
| | § | |
|     Defendants. | § | |

ORDER OF DISMISSAL WITH PREJUDICE

At the request of Plaintiff Juan Carlos Delgado and Defendants Salinas Dental Group, P.A., and Adriana M. Salinas, Individually (collectively, the "Parties"), the above-captioned matter is dismissed with prejudice to refiling with all costs taxed against the party incurring such costs.

SIGNED: __November 4__, 2020

_____
GRAY H. MILLER
U.S. DISTRICT JUDGE